UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: KIM SMITH PIPER                         :    CASE NO.: 17-63525-PMB
     f/k/a KIM YVONNE SMITH             :
     a/k/a KIM SMITH-PIPER                  :    CHAPTER: 13
     a/k/a KIM YVONNE SMITH-PIPER,      :
     Debtor.                                         :

NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR
FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS
TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Debtor has filed and served on you a proposed modification to the confirmed plan in this case. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on **March 5, 2018**. If the twenty-fourth day after the date of filing falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:** Clerk, United States Bankruptcy Court
          Room 1340 United States Courthouse
          Richard B. Russell Building
          75 Spring Street, SW
          Atlanta, GA 30303-3367

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at: **3102 Imperial Circle, Atlanta, GA 30311**

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on **April 12, 2018** at 2:15 p.m. in Courtroom 1202, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia. **If no objection is timely filed, the proposed Modification will be effective pursuant to 11 U.S.C. § 1329(b)(2) as a part of the Confirmed Plan without further notice or hearing.**

Dated: 3/05/2018
                                    /s/ Talitha S. Fleming
                                    Talitha S. Fleming, GBN 101022
                                    Attorney for Debtor
                                    T. Fleming & Associates, LLC
                                    5353 Fairington Road, Suite C
                                    Stonecrest, GA 30038
                                    Ph(770) 220-7220 Fax(770) 220-7221
                                    tfleming@flemingbk.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: KIM SMITH PIPER                    :         CASE NO.: 17-63525-PMB
     f/k/a KIM YVONNE SMITH           :
     a/k/a KIM SMITH-PIPER              :         CHAPTER: 13
     a/k/a KIM YVONNE SMITH-PIPER, :
         Debtor.                                     :

### POST-CONFIRMATION MODIFICATION OF PLAN
### AND REQUEST FOR ITS APPROVAL

Kim Smith Piper, Debtor, proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

### MODIFICATION OF PLAN

Kim Smith Piper, Debtor, hereby modify the Chapter 13 Plan, which the Court confirmed on December 7, 2017, as follows:

**DELETING:**

7. **Unsecured Claims**. Debtor estimates that the total of general unsecured debt not separately classified in Plan paragraph 10 is $3327.35. After all other classes have been paid, Trustee will pay to the creditors with allowed general unsecured claims a pro rata share of $2000.00 or 0%, whichever is greater. Trustee is authorized to increase this dollar amount or percentage, if necessary, in order to comply with the applicable commitment period stated in paragraph 2 of this Plan.

10. **Other Provisions**:
    (H). Any federal tax refunds the Debtor is entitled to receive during the applicable commitment period shall be paid into the Debtor's Chapter 13 case.  Further, Debtor authorizes and instructs the Internal Revenue Service to send any refund for said years directly to the Debtor's Chapter 13 Trustee.  **In the event the tax refund is less that $1500.00, Debtor may request in writing retention of the refund directly in writing from the Chapter 13 Trustee without the necessity of filing a Motion to Retain with the Court.**  Debtor reserves the right to petition the Court for use of the tax refund.

**ADDING / SUBSTITUTING:**

7. **Unsecured Claims**. Debtor estimates that the total of general unsecured debt not separately classified in Plan paragraph 10 is $3327.35. After all other classes have been paid, Trustee will pay to the creditors with allowed general unsecured claims a pro rata share of $0.00 or 100%, whichever is greater. Trustee is authorized to increase this dollar amount or percentage, if necessary, in order to comply with the applicable commitment period stated in paragraph 2 of this Plan.

Dated:  March 5, 2018

                                          Respectfully submitted;

                                          /s/ Talitha S. Fleming
                                          Talitha S. Fleming, GBN 101022
                                          Attorney for Debtor
                                          T. Fleming & Associates, LLC
                                          5353 Fairington Road, Suite C
                                          Stonecrest, GA  30038
                                          Ph(770) 220-7220 Fax(770) 220-7221
                                          tfleming@flemingbk.com

## VERIFICATION

I/We, Kim Smith Piper, as petitioner(s) in the foregoing petition, declare, under penalty of perjury, pursuant to Bankruptcy Rule 1008, that the foregoing amendment is true and correct.

/s/ Kim Smith Piper

Dated: 3/02/2018

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: KIM SMITH PIPER : | CASE NO.: 17-63525-PMB |
| f/k/a KIM YVONNE SMITH : | |
| a/k/a KIM SMITH-PIPER : | CHAPTER: 13 |
| a/k/a KIM YVONNE SMITH-PIPER, : | |
| Debtor. : | |

CERTIFICATE OF SERVICE

I certify that I have this date, March 5, 2018, served the following parties with a copy of the Notice of Filing of Modification of Confirmed Plan, Deadline for Filing Written Objections and Hearing Date and Time if Objection is Timely Filed and Post-Confirmation Modification of Plan and Request for Its Approval by mailing a true copy of same with adequate first class postage affixed to assure deliver to:

Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW - Suite 200
Atlanta, GA 30303

Kim Smith Piper
3102 Imperial Circle
Atlanta, GA   30311

I certify that, by agreement of the parties, Melissa J. Davey, Chapter 13 Trustee, was served via the ECF electronic mail / noticing system.

See attached list of creditors and other parties of interest served.

This 5th day of March, 2018;

/s/ Talitha S. Fleming_____
Talitha S. Fleming, GBN 101022
T. Fleming & Associates, LLC
5353 Fairington Road, Suite C
Stonecrest, GA   30038
Ph(770) 220-7220 Fax(770) 220-7221
tfleming@flemingbk.com
Attorney for Debtor

```
Label Matrix for local noticing        BANK OF AMERICA, N.A.                  Bank of America
113E-1                                 c/o Carrington Mortgage Services, LLC  4909 Savarese Circle
Case 17-63525-pmb                      1600 South Douglass Road               Tampa, FL 33634-2413
Northern District of Georgia           Anaheim, CA 92806-5948


Capital One Auto Finance               Capital One Auto Finance               Cascade Parc Property Owners Association
c/o AIS Portfolio Services, LP         3901 Dallas Pkwy                       c/o Community Management Associates Inc
f/k/a AIS Data Services                Plano, TX 75093-7864                   1465 Northside Drive, NW
d/b/a Ascension Capital Group                                                 Suite 128
4515 N. Santa Fe Ave. Dept APS                                                Atlanta, GA 30318-4220
Oklahoma City, OK 73118-7901

Central Finl Control                   Credit Control Service                 First Premier Bank
Po Box 66044                           725 Canton St                          601 S Minnesota Ave
Anaheim, CA 92816-6044                 Norwood, MA 02062-2679                 Sioux Falls, SD 57104-4868



Fst Premier                            GEORGIA DEPARTMENT OF REVENUE          Internal Revenue Service
601 S Minnesota Ave                    COMPLIANCE DIVISION                    Centralized Insolvency Operations
Sioux Falls, SD 57104-4824             ARCS BANKRUPTCY                        P.O. Box 7346
                                       1800 CENTURY BLVD NE SUITE 9100        Philadelphia, PA 19101-7346
                                       ATLANTA GA 30345-3202

JEFFERSON CAPITAL SYSTEMS LLC          Kay Jewelers                           Lavonne Curry
PO BOX 7999                            375 Ghent Rd                           3102 Imperial Circle
SAINT CLOUD MN 56302-7999              Fairlawn, OH 44333-4600                Atlanta, GA 30311-5209



PRA Receivables Management, LLC        Portfolio Recovery Ass                 PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 41021                           120 Corporate Blvd Ste 1               PO BOX 41067
Norfolk, VA 23541-1021                 Norfolk, VA 23502-4952                 NORFOLK VA 23541-1067



U. S. Attorney                         U.S. Auto Finance                      U.S. Department of Housing and Urban Develop
600 Richard B. Russell Bldg.           P.O. Box 1203                          451 7th Street S.W.
75 Ted Turner Drive, SW                Lawrenceville, GA 30046-1203           Washington, DC 20410-0002
Atlanta GA 30303-3315


US Department of Housing and Urban     Us Auto Finance/us Auto                World Finance Corporat
Development                            824 N Market St Ste 220                2640b Metropolitan Pkwy
451 7th Street SW                      Wilmington, DE 19801-3024              Atlanta, GA 30315-7902
Washington, DC 20410-0001
```