**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Atlanta Division**

In Re: Debtor(s)
**Kim Smith Piper**
3102 Imperial Circle
Atlanta, GA 30311

**xxx−xx−4361**

Case No.: **17−63525−pmb**
Chapter: **13**
Judge: **Paul Baisier**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

Dated:   April 13, 2018

_____
Paul Baisier
United States Bankruptcy Judge

Form 133a